IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>    v.<br><br>DEVON TAYLOR HOBBS,<br><br>                       Defendant. | 8:19CR142<br><br>**ORDER** |

This matter is before the Court on defendant Devon Taylor Hobbs' unopposed motion to extend her self-surrender date (Filing No. 51).

IT IS ORDERED:

1. Defendant Devon Taylor Hobbs' Unopposed Motion to Extend Self-Surrender Date (Filing No. 51) is granted;

2. Defendant shall report no later than 2:00 p.m. on Monday, April 12, 2021, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated February 5, 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge