IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR142 |
| v. | |
| DEVON TAYLOR HOBBS, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Devon Taylor Hobbs ("Hobbs") pro se Motion for Sentence Reduction under 18 U.S.C. § 3582(c)(1)(A) (Filing No. 57). The motion seeks relief on the same basis that Hobbs previously sought (Filing Nos. 53 and 55). The Court denies the current motion for the same reasons set forth in its previous rulings (Filing Nos. 54 and 56).

IT IS SO ORDERED.

Dated this 15th day of September 2021.

BY THE COURT:

*[signature]*

Robert F. Rossiter, Jr.
Chief United States District Judge